# NOTES OF CAUSES

Decided during the period comprised in this Volume, and not reported in full.

No. 2806. STANLEY *v.* STANLEY. November Term, 1891. Upon the hearing of the appeal in this case before Justices Mc-Iver and McGowan (see *ante* p. 94), the appellant asked for a stay of proceedings in the court below pending the appeal. The court held that as no written undertaking had been executed under section 352 of the Code of Procedure, and no showing made which would justify the exercise of the discretion granted to the court in section 353, the application must be refused. PER CURIAM, November 30, 1891. *W. D. Trantham* and *J. T. Hay,* for the motion. *W. S. Monteith,* contra.